IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 1:12-cv-1123-JLK**

**WILLIAM NEWLAND**;
**PAUL NEWLAND**;
**JAMES NEWLAND**;
**CHRISTINE KETTERHAGEN**;
**ANDREW NEWLAND**; and
**HERCULES INDUSTRIES, INC.**, a Colorado corporation;

    Plaintiffs,

v.

**KATHLEEN SEBELIUS**, in her official capacity as Secretary of the United States Department of Health and Human Services;
**HILDA SOLIS**, in her official capacity as Secretary of the United States Department of Labor;
**TIMOTHY GEITHNER**, in his official capacity as Secretary of the United States Department of the Treasury;
**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**;
**UNITED STATES DEPARTMENT OF LABOR**;
**UNITED STATED DEPARTMENT OF THE TREASURY**;

    Defendants.

## MINUTE ORDER

Judge John L. Kane ORDERS

    The parties' Joint Motion to Amend Briefing Schedule (doc. 22) is GRANTED.

Defendants must answer or otherwise respond to Plaintiffs' First Amended Complaint and file an amended brief in response to Plaintiffs' Motion for Preliminary Injunction no later than July 13, 2012. Plaintiffs reply in support of their Motion for Preliminary Injunction must be filed no later than July 20, 2012.

Dated: June 28, 2012