**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam | Date:  July 25, 2012 |
| Court Reporter: Janet Coppock | |

Civil Action No. 12-cv-01123-JLK

| _Parties:_ | _Counsel:_ |
|---|---|
| WILLIAM NEWLAND | Matthew S. Bowman |
| PAUL NEWLAND | Michael J. Norton |
| JAMES NEWLAND | |
| CHRISTINE KETTERHAGEN | |
| ANDREW NEWLAND and | |
| HERCULES INDUSTRIES, Inc., | |
| | |
|        Plaintiffs, | |
| | |
| v. | |
| | |
| KATHLEEN SEBELIUS, in her official capacity | Michele R. Bennett |
| as Secretary of the United States Department | |
| of Health and Human Services; | |
| HILDA SOLIS, in her official capacity as | |
| Secretary of the United States Department of | |
| Labor; | |
| TIMOTHY GEITHNER, in his official capacity | |
| as Secretary of the United States Departmnet | |
| of the Treasury; | |
| UNITED STATES DEPARTMENT OF HEALTH | |
| AND HUMAN SERVICES; | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| UNITED STATES DEPARTMENT OF THE | |
| TREASURY, | |
| | |
|        Defendants. | |

**COURTROOM MINUTES**

*12-cv-01123-JLK*
*Oral Argument*
*July 25, 2012*

**Oral Argument**

**2:04 p.m    Court in session.**

Court calls case.  Appearances of counsel and parties.

Preliminary remarks by the Court.

Today's argument heard on Doc. No. 5.

1:44 p.m.      Argument by Mr. Bowman.  Questions by the Court.

2:29 p.m.      Argument by Ms. Bennett.  Questions by the Court.

2:47 p.m.      Rebuttal argument by Mr. Bowman.

2:53 p.m.      Comments by the Court.

**ORDERED:   Motion For Preliminary Injunction and Certificate of Compliance Re: Consultation on Motion (Filed 4/30/12; Doc. No. 5) is taken UNDER ADVISEMENT.**

**2:54 p.m.    Court in recess.**
Hearing concluded.
Time: 00:50

2