**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam        Date:  July 25, 2012
Court Reporter: Janet Coppock

Civil Action No. 12-cv-01123-JLK

| *Parties:* | *Counsel:* |
|---|---|
| WILLIAM NEWLAND<br>PAUL NEWLAND<br>JAMES NEWLAND<br>CHRISTINE KETTERHAGEN<br>ANDREW NEWLAND and<br>HERCULES INDUSTRIES, Inc.,<br><br>        Plaintiffs,<br><br>v.<br><br>KATHLEEN SEBELIUS, in her official capacity<br>as Secretary of the United States Department<br>of Health and Human Services;<br>HILDA SOLIS, in her official capacity as<br>Secretary of the United States Department of<br>Labor;<br>TIMOTHY GEITHNER, in his official capacity<br>as Secretary of the United States Departmnet<br>of the Treasury;<br>UNITED STATES DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES;<br>UNITED STATES DEPARTMENT OF LABOR;<br>UNITED STATES DEPARTMENT OF THE<br>TREASURY,<br><br>        Defendants. | Matthew S. Bowman<br>Michael J. Norton<br><br><br><br><br><br><br><br><br>Michele R. Bennett |

---

**COURTROOM MINUTES**

*12-cv-01123-JLK*
*Oral Argument*
*July 25, 2012*

## Oral Argument

**2:04 p.m    Court in session.**

Court calls case.  Appearances of counsel and parties.

Preliminary remarks by the Court.

Today's argument heard on Doc. No. 5.

1:44 p.m.     Argument by Mr. Bowman.  Questions by the Court.

2:29 p.m.     Argument by Ms. Bennett.  Questions by the Court.

2:47 p.m.     Rebuttal argument by Mr. Bowman.

2:53 p.m.     Comments by the Court.

**ORDERED:   Motion For Preliminary Injunction and Certificate of Compliance Re: Consultation on Motion (Filed 4/30/12; Doc. No. 5) is taken UNDER ADVISEMENT.**

**2:54 p.m.     Court in recess.**
Hearing concluded.
Time: 00:50