## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01123-JLK-KMT

WILLIAM NEWLAND;
PAUL NEWLAND;
JAMES NEWLAND;
CHRISTINE KETTERHAGEN;
ANDREW NEWLAND; and
HERCULES INDUSTRIES, Inc., a Colorado corporation;

     Plaintiffs,

v.

KATHLEEN SEBELIUS, in her official capacity as
Secretary of the United States Department of       Health and Human Services;
HILDA SOLIS, in her official capacity as
Secretary of the United States Department of Labor;
TIMOTHY GEITHNER, in his official capacity as
Secretary of the United States Department of the Treasury;
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;
UNITED STATES DEPARTMENT OF LABOR; and
UNITED STATES DEPARTMENT OF THE TREASURY;

     Defendants.

---

### JOINT MOTION TO SET BRIEFING SCHEDULE
### FOR DEFENDANTS' MOTION TO DISMISS

---

On June 8, 2012, defendants filed a motion to dismiss and a brief in support (ECF No. 16). Pursuant to section I.B. of this Court's Pretrial and Trial Procedures

Manual–Civil (rev. Jan. 2012), counsel for defendants have consulted with counsel for plaintiffs about proposing a schedule for the Court's consideration of defendants' motion to dismiss.   The parties have agreed to the following briefing schedule:

| | |
|---|---|
| Plaintiffs' Response to Defendants' Motion to Dismiss Due | **August 31, 2012** |
| Defendants' Reply in Support of Their Motion to Dismiss Due | **September 19, 2012** |

The parties respectfully request that the Court adopt this proposed schedule.

Respectfully submitted this 3rd day of August, 2012.

*By Attorneys for Plaintiffs*:

  *s/ Matthew S. Bowman*
 *(by Michelle R. Bennett, with permission)*
Matthew S. Bowman, Esq.
ALLIANCE DEFENDING FREEDOM
801 G Street, NW, Suite 509
Washington, DC 20001
(202) 393-8690
(202) 237-3622 (facsimile)
mbowman@alliancedefendingfreedom.org

Michael J. Norton, Esq.
ALLIANCE DEFENDING FREEDOM
7951 E. Maplewood Avenue, Suite 100
Greenwood Village, CO 80111
(480) 388-8163
(303) 694-0703 (facsimile)
mjnorton@alliancedefendingfreedom.org

*By Attorneys for Defendants*:

  *s/ Michelle R. Bennett*
Michelle R. Bennett
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave.
Washington, D.C. 20001
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

**CERTIFICATE OF SERVICE (CM/ECF)**

Undersigned counsel for defendants, Michelle R. Bennett, hereby certifies that on August 3, 2012, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    dcortman@ alliancedefendingfreedom.org
    estanley@ alliancedefendingfreedom.org
    gbaylor@ alliancedefendingfreedom.org
    ktheriot@ alliancedefendingfreedom.org
    mbowman@ alliancedefendingfreedom.org
    saden@ alliancedefendingfreedom.org
    mjnorton@ alliancedefendingfreedom.org

                                             s/ Michelle R. Bennett
                                            MICHELLE R. BENNETT