IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 1:12-cv-1123-JLK**

**WILLIAM NEWLAND**;
**PAUL NEWLAND**;
**JAMES NEWLAND**;
**CHRISTINE KETTERHAGEN**;
**ANDREW NEWLAND**; and
**HERCULES INDUSTRIES, INC.**, a Colorado corporation;
    Plaintiffs,

v.

**KATHLEEN SEBELIUS**, in her official capacity as Secretary of the United States Department of Health and Human Services;
**HILDA SOLIS**, in her official capacity as Secretary of the United States Department of Labor;
**TIMOTHY GEITHNER**, in his official capacity as Secretary of the United States Department of the Treasury;
**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**;
**UNITED STATES DEPARTMENT OF LABOR**;
**UNITED STATED DEPARTMENT OF THE TREASURY**;
    Defendants.

---

ORDER
---

Kane, J.

This matter is currently before me on the parties' Joint Motion to Extend Deadline to Submit Stipulated Scheduling and Discovery Order (doc. 38).  Having reviewed the parties' motion, and finding good cause appearing, the motion is GRANTED.  The August 27, 2012 deadline for filing a Joint Case Management Plan is VACATED.  The parties shall file their Joint Case Management Plan on or before October 26, 2012.

Dated: August 17, 2012                                BY THE COURT:

                                                               **/s/ John L. Kane**
                                                               Senior U.S. District Court Judge