IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 1:12-cv-1123-JLK**

**WILLIAM NEWLAND**;
**PAUL NEWLAND**;
**JAMES NEWLAND**;
**CHRISTINE KETTERHAGEN**;
**ANDREW NEWLAND**; and
**HERCULES INDUSTRIES, INC.**, a Colorado corporation;
    Plaintiffs,

v.

**KATHLEEN SEBELIUS**, in her official capacity as Secretary of the United States Department of Health and Human Services;
**HILDA SOLIS**, in her official capacity as Secretary of the United States Department of Labor;
**TIMOTHY GEITHNER**, in his official capacity as Secretary of the United States Department of the Treasury;
**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**;
**UNITED STATES DEPARTMENT OF LABOR**;
**UNITED STATED DEPARTMENT OF THE TREASURY**;
    Defendants.

---

ORDER FOR STATUS REPORT

---

Kane, J.

*Hobby Lobby* having been decided by the United States Supreme Court on June 30, 2014, this matter is no longer stayed. Parties are ordered to confer and submit jointly a Status Report on or before July 21, 2014.

Dated: June 30, 2014                           BY THE COURT:

                                                      **s/ John L. Kane**
                                                      Senior U.S. District Court Judge